UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CRYSTAL CARRION, et al,

                              Plaintiffs,

          -against-

PEREGRINE ENTERPRISES, INC., et al,

                              Defendants.

------------------------------------------------------------------X

**23-cv-2891 (PGG) (GS)**

**TELEPHONE CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

        The Court is in receipt of the letter from Defendants' counsel, Mr. Kimmel, dated September 21, 2023. The Court directs the parties to appear for a Telephone Conference on **Wednesday, September 27, 2023 at 2:00 p.m.**, to hear argument on Defendants' fully briefed motion for a stay. (*See* ECF Nos. 43, 46, 51). Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 708185779#.**

        **SO ORDERED.**

DATED:    New York, New York
                September 22, 2023

                                                      GARY STEIN
                                                      United States Magistrate Judge